IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JORGE GALEAS-MENCHU-EL, JR.,       )
                                    )
                Plaintiff,          )
                                    )
        v.                          )        1:22CV636
                                    )
JANET YELLEN,                       )
                                    )
                Defendant(s).       )

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, a prisoner of the State of North Carolina, submitted a document seeking the

vindication of certain rights and the payment of money from the United States Treasury.  For

administrative purposes, and out of an abundance of caution, the Court treated it as a civil

rights action pursuant to Bivens v. Six Unknown Fed. Narcotics Agents, 403 U.S. 388

(1971).  The form of the Complaint is such that serious flaws make it impossible to further

process the Complaint.  The problems are:

1.       The filing fee was not received nor was a proper affidavit to proceed *in forma
         pauperis* submitted, with sufficient information completed or signed by
         Plaintiff, to permit review.

2.       The Complaint is not on forms prescribed for use by this Court, nor is the
         information requested by such forms and necessary to process the Complaint
         pursuant to 28 U.S.C. § 1915A contained in Plaintiff's submission.  See LR
         7.1(d).

3.       Plaintiff's claims consist of nonsensical legal jargon which is not
         understandable as a coherent claim.  He must state proper claims for relief.

Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff filing a new complaint, on the proper forms, which corrects the defects of the present Complaint. If Plaintiff seeks to file under Bivens, he should request the proper forms from the Clerk's Office.

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS RECOMMENDED that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper forms, which corrects the defects cited above.

This, the 17th day of August, 2022.


_____/s/ L. Patrick Auld_____
**L. Patrick Auld**
**United States Magistrate Judge**